JS-6

James C. Pettis, California Bar No. 223953
Christina I. Rodriguez, California Bar No. 310406
**PETTIS LAW FIRM LLP**
2447 Pacific Coast Hwy, Suite 100
Hermosa Beach, California 90254
Telephone: (213) 545-6448
Facsimile: (213) 816-1966
jimpettis@pettislawfirm.com
christina@pettislawfirm.com

Attorneys for Plaintiff
DD OFFICE PRODUCTS, INC. dba LIBERTY PAPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DD OFFICE PRODUCTS, INC. dba LIBERTY PAPER;<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SOURCING GROUP LTD; TIM MORGAN, an individual; and Does 1 through 50,<br><br>Defendants. | Case No. 2:21-cv-02602-PA-JPR<br><br>STIPULATED JUDGMENT AGAINST DEFENDANT INTERNATIONAL SOURCING GROUP LTD<br><br><br>Date Action Filed: March 25, 2021<br>Trial Date: March 15, 2022 |



Plaintiff DD Office Products, Inc. dba Liberty Paper ("Plaintiff") and Defendant International Sourcing Group LTD ("Defendant") stipulate to resolve Plaintiff's claims against Defendant in this litigation, by willingly executing this Stipulation for Judgment and Judgment ("Stipulation for Judgment").

1. On March 24, 2021, Plaintiff filed its Complaint against Defendant containing claims for breach of contract Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Intentional Interference with Contract, Intentional Interference with Prospective Business Advantage, Negligent Interference with Prospective Business Advantage, Intentional Misrepresentation, Negligent Misrepresentation, Unjust Enrichment Violation of the UCL § 17200, and Account Stated.

2. This Court has jurisdiction over this matter and the parties pursuant to 28 U.S.C. § 1332(a), because Plaintiff is a citizen of California and Defendants are citizens of Ohio and the aggregate amount in controversy is believed to exceed $75,000. Further, Plaintiff entered the subject contract within this District, and by agreeing to enter and perform the contract in Los Angeles, Defendant has sufficient minimum contacts for this Court to have personal jurisdiction over it.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because, (i) Plaintiff is headquartered in this District, (ii) a substantial part of the transaction giving rise to the claims asserted in the Complaint occurred in this District; and (iii) Defendant entered into the subject agreement, and agreed to perform it, in the County of Los Angeles, State of California.

4. The parties wish to terminate this litigation and to stipulate and consent to the entry of this Judgment.

5. Each and every term of this Stipulation for Judgment shall be enforceable by further order of this Court, and to that end, the Court retains jurisdiction of this matter in order to enforce each and every term of this Stipulation for Judgment.

6. Nothing in this Stipulation for Judgment shall preclude Plaintiff from seeking equitable or legal relief against Defendant for claims that were not alleged in the Complaint.

7. Defendant consents to the entry of judgment against it and in favor of Plaintiff in the amount of One Million Dollars and Zero Cents ($1,000,000), representing the amount of the Plaintiff's deposit to Defendant, inclusive of interest, attorneys' fees, costs, and expenses associated with this lawsuit.

IT IS on this 30th day of January, 2021, ORDERED, ADJUDGED, AND DECREED that this Stipulation for Judgment be and is entered in favor of Plaintiff and against Defendant in the amount of **$1,000,000**, inclusive of interest, attorneys' fees, costs, and expenses associated with this lawsuit.

Defendant agrees and stipulates that this Stipulation for Judgment shall become final for all purposes upon its entry, and Defendant waives any right to appeal or seek review of this Stipulation for Judgment by a higher court.

Defendant agrees and stipulates that it expressly waives notice of entry of this Stipulation for Judgment and notice of and right to any hearing regarding entry of judgment.

Dated: January 30, 2022

_____
The Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THIS STIPULATION FOR JUDGMENT AND JUDGMENT AS SET FORTH ABOVE:**

Dated: November 23, 2021     Plaintiff DD OFFICE PRODUCTS, INC. dba
                             LIBERTY PAPER
                             Signature: _____
                             Name/Title: Alex Ismail, CEO